UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATTAR SHANKO,<br>      Plaintiff,<br>  v.<br>JOHN DOE,<br>      Defendant. | Case No. 19-cv-05496-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's orders to file (i) a complaint, and (ii) a complete application to proceed *in forma pauperis* (IFP). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (i) a complaint that appears on this Court's form; and (ii) a complete IFP application, which includes the application form itself (which must be filled out in full and signed); a Certificate of Funds signed by an authorized prison officer; and a prison trust account statement showing transactions for the last six months. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October _8_, 2019

_____
RICHARD SEEBORG
United States District Judge